# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

michael@faillacelaw.com

May 13, 2021

**VIA ECF**

Honorable Lorna G. Schofield  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re:   Pitsamai et al v. Baoburg, Inc. et al  
         1:21-cv-04286-LGS

Your Honor:

This office represents Plaintiff in the above-named action.

We respectfully submit this letter to inform the court that due to a filing error on our part, this action was filed in the Southern District when it should have been filed in the Eastern District. We respectfully request a transfer of this action to the United States District Court for the Eastern District of New York.

We thank the Court for its time and attention to this matter.

Plaintiff's May 13, 2021, letter is construed as a motion to transfer to the United States District Court for the Eastern District of New York, and such motion is **GRANTED**.  *See* 28 U.S.C. § 1404 (providing that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought").

The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Eastern District of New York.

So Ordered.

Dated: May 14, 2021  
         New York, New York

Respectfully submitted,

  /s/  Michael Faillace  
Michael Faillace, Esq.  
Michael Faillace & Associates, P.C.  
One Grand Central Place  
60 East 42nd Street, Suite 4510  
New York, NY 10165  
*Attorneys for Plaintiffs*

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*