**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Arnon Pitsamai, et al.

*Plaintiffs,*

-against-

Baoburg Inc., et al

*Defendants.*

---

Index No. 21-cv-02904 (AMD)

**MOTION TO WITHDRAW AS COUNSEL**

William K. Oates, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as her last day of employment with the law firm of CSM Legal, P.C. is March 21, 2023.

CSM Legal, P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel respectfully requests that this Court permit William K. Oates to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
      April 6, 2023

Respectfully submitted,

*/s/* William K. Oates
William K. Oates, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*