**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PITSAMAI ET AL<br>*individually and on behalf of others similarly situated,*<br>        *Plaintiff,*<br><br>  -against-<br><br>BAOBURG, INC. ET AL<br><br>        Defendants. | 21-cv-02904-AMD-MMH<br><br>**REQUEST FOR<br>CERTIFICATE OF DEFAULT** |

TO: BRENNA B. MAHONEY
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK

Please enter the default of Baoburg, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: New York, New York
    May 9, 2023

                /s/ Catalina Sojo
                Catalina Sojo, Esq.
                CSM Legal, P.C.
                60 East 42nd St., Suite 4510
                New York, New York 10165
                Tel: (212) 317-1200